UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Ronald Shepherd<br>    Rhonda Shepherd<br>            Debtor(s) | Case No. 11 B 36131 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/02/2011.

2) The plan was confirmed on 12/19/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/04/2012.

5) The case was Converted on 04/30/2013.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,270.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,270.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $976.13 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $630.15 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,606.28

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advanced Inpatient Consultants | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 755.43 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 18,756.00 | 18,756.00 | 19,432.00 | 7,924.07 | 916.43 |
| Ally Financial | Unsecured | NA | 1,328.06 | 1,328.06 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 7,019.00 | 6,090.62 | 6,554.81 | 3,527.59 | 295.63 |
| ATG Credit LLC | Unsecured | 671.85 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Services | Unsecured | 386.53 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 967.00 | 1,217.90 | 1,217.90 | 0.00 | 0.00 |
| CBCS | Unsecured | 633.77 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Trust Bank FSB | Unsecured | 6,436.00 | 6,436.02 | 6,436.02 | 0.00 | 0.00 |
| CitiFinancial | Unsecured | 6,436.00 | NA | NA | 0.00 | 0.00 |
| City National Bank | Secured | 171,278.00 | NA | NA | 0.00 | 0.00 |
| City of Joliet | Unsecured | 482.31 | NA | NA | 0.00 | 0.00 |
| Clyde Dawson | Unsecured | 5.80 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 595.00 | 1,146.50 | 1,146.50 | 0.00 | 0.00 |
| Credit Collections Services | Unsecured | 61.35 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 282.00 | 281.97 | 281.97 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants | Unsecured | 602.15 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Diversified Services Group | Unsecured | 731.00 | NA | NA | 0.00 | 0.00 |
| DuPage Medical Group | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 386.53 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Equiant Financial Services | Unsecured | 4,961.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 96.63 | NA | NA | 0.00 | 0.00 |
| Gatroenterology Consulta | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Global Exchange Vacation Club | Unsecured | 848.16 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 57.23 | NA | NA | 0.00 | 0.00 |
| Joliet Radiological Svc | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Lake Forest Hospital | Unsecured | 1,541.20 | NA | NA | 0.00 | 0.00 |
| M L Medical Billing Co | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1,240.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1,118.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | NA | 10,599.27 | 10,599.27 | 0.00 | 0.00 |
| Nco Fin | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,660.00 | 2,763.71 | 2,763.71 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,431.00 | 1,502.26 | 1,502.26 | 0.00 | 0.00 |
| Real Time Resolutions | Secured | 42,560.00 | 50,925.73 | 50,925.73 | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 602.00 | 602.15 | 602.15 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 2,883.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 281.97 | NA | NA | 0.00 | 0.00 |
| United Resource System | Unsecured | 1,091.08 | NA | NA | 0.00 | 0.00 |
| Village of Gurnee | Unsecured | 278.50 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $76,912.54 | $11,451.66 | $1,212.06 |
| **TOTAL SECURED:** | **$76,912.54** | **$11,451.66** | **$1,212.06** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,877.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
|     Expenses of Administration | $1,606.28 |
|     Disbursements to Creditors | $12,663.72 |
| **TOTAL DISBURSEMENTS :** | **$14,270.00** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/31/2013                    By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)